UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _18-MJ-03119-Torres_

UNITED STATES OF AMERICA,

v.

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

_Matthias Krull_

COMES NOW _Oscar J. Rodriquez_ and
files this temporary appearance as counsel for the above named
defendant(s) at initial appearance.  This appearance is made with
the understanding that the undersigned counsel will fulfill any
obligations imposed by the Court such as preparing and filing
documents necessary to collateralize any personal surety bond
which may be set.

Counsel's Name (Printed) _Oscar J. Rodriquez_

Counsel's Signature _____

Address _4500 S. LeJeune Rd._
_Coral Gables, FL_          ZIP CODE: _33146_

Telephone _( 305 ) 442-1991_ FLORIDA BAR NUMBER: _530352_

Date: _7/25/18_