# MINUTE ORDER

Page 4

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor     Date: 7/25/18     Time: 2:00 p.m.

Defendant: Matthias Krull     J#: 17619-104     Case #: 18-3119-MJ-TORRES(sealed)

AUSA: J. Maderal     Attorney: Oscar J. Rodriguez

Violation: INTERSTATE & FOREIGN TRAVEL IN AID OF RACKETEERING ENTERPRISES     Surr/Arrest Date: 7/24/2018     YOB: 1973

Proceeding: INITIAL APPEARANCE     CJA Appt:

Bond/PTD Held: ○ Yes ○ No     Recommended Bond:

Bond Set at:     Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language:

Disposition: D/advised.

Gov't req PTD
Risk / flight

Case unsealed

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:

Report RE Counsel: 8/8/18 - 10 Am
PTD/Bond Hearing: 7/30/18 - 10 Am
Prelim/Arraign or Removal: 8/8/18 - 10 Am
Status Conference RE:
D.A.R. 14:23:54     Time in Court: 5 MINS

s/Alicia M. Otazo-Reyes     Magistrate Judge