UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-MJ-03119-EGT

UNITED STATES OF AMERICA,

Miami, Florida

Plaintiff(s),

July 27, 2018

vs.

MATTHIAS KRULL,

Defendant(s). Pages 1 - 4

---

HEARING
TRANSCRIBED FROM DIGITAL AUDIO RECORDING
BEFORE THE HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE PLAINTIFF(S): FRANCISCO R. MADERAL, JR., ESQ.
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9159
francisco.maderal@usdoj.gov

FOR THE DEFENDANT(S): OSCAR J. RODRIGUEZ, ESQ.
Oscar J. Rodriguez, P.A.
4500 S. LeJeune Road
Coral Gables, Florida 33146
(305) 442-1991
ojrlaw@gmail.com

TRANSCRIBED BY: Joanne Mancari RPR, CRR, CSR
Court Reporter
jemancari@gmail.com

Thereupon,
the following proceedings were held:

(In open court)

THE DEPUTY CLERK: United States of America v. Matthias Krull, case No. 18 3119, Torres.

MR. MADERAL: Good morning, your Honor. Frank Maderal on behalf of the United States.

THE COURT: Do we have Mr. Rodriguez?

MR. RODRIGUEZ: Good morning, your Honor. Oscar Rodriguez on behalf of Mr. Matthias Krull.

THE COURT: So this matter is set for detention/bond hearing. What is the status?

MR. MADERAL: Your Honor, we have a stipulation to a $1 million corporate surety bond with a Nebbia and the right to revisit.

THE COURT: OK.

MR. RODRIGUEZ: For the record, your Honor, I late yesterday filed a permanent appearance. I don't know if it's --

THE COURT: Yes. You are shown as permanent.

MR. RODRIGUEZ: OK. Thank you.

THE COURT: All right. So hang on. The bond is $1 million corporate surety with a Nebbia condition. I'm thinking maybe I can defer the setting of the conditions of the bond until maybe you can reset it for bond hearing if he can meet

those conditions.

MR. RODRIGUEZ: That is the most reasonable thing to do, your Honor.

THE COURT: All right. So that is what we'll do if and when he can do that.

MR. MADERAL: Your Honor, to be clear, this is sort of a placeholder. We're both stipulating to the right to revisit in lieu of the PTD.

THE COURT: Of course, with the right to revisit.

MR. RODRIGUEZ: Your Honor, we understand.

THE COURT: Right. So that is why I said you could set a bond hearing --

MR. RODRIGUEZ: Yes, your Honor.

THE COURT: -- if you need to.

MR. MADERAL: Thank you, your Honor.

THE COURT: OK. So then that is the bond, with the right to revisit at any time for any reason. And then the preliminary hearing arraignment is set for August 8th at 10 a.m.

MR. RODRIGUEZ: Yes, your Honor.

THE COURT: All right. Thank you.

MR. MADERAL: Thank you.

MR. RODRIGUEZ: Thank you. Have a good day.

(Adjourned)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription to the best of my ability of the digital audio recording in the above-entitled matter.

July 31, 2018 s/ Joanne Mancari

Joanne Mancari, RPR, CRR, CSR
Court Reporter
jemancari@gmail.com