UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20682-EGT

UNITED STATES OF AMERICA,

Plaintiff(s),

Miami, Florida

August 8, 2018

vs.

MATTHIAS KRULL,

Defendant(s).

Pages 1 - 6

---

HEARING
TRANSCRIBED FROM DIGITAL AUDIO RECORDING
BEFORE THE HONORABLE ANDREA M. SIMONTON
CHIEF UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE PLAINTIFF(S): FRANCISCO R. MADERAL, JR., ESQ.
GWENDOLYN A. STAMPER, ESQ.
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9159
francisco.maderal@usdoj.gov
gwendolyn.stamper@usdoj.gov

FOR THE DEFENDANT(S): OSCAR J. RODRIGUEZ, ESQ.
Oscar J. Rodriguez, P.A.
4500 S. LeJeune Road
Coral Gables, Florida 33146
(305) 442-1991
ojrlaw@gmail.com

TRANSCRIBED BY: Joanne Mancari RPR, CRR, CSR
Court Reporter
jemancari@gmail.com

Thereupon,

the following proceedings were held:

MR. MADERAL: Good morning, your Honor. Frank Maderal on behalf of the United States, and also present at counsel table is Gwen Stamper with the DOJ fraud section.

THE COURT: OK.

MR. RODRIGUEZ: Good morning, your Honor. Oscar Rodriguez on behalf of Mr. Matthias Krull. Mr. Matthias Krull is before the court, your Honor.

THE COURT: OK. Thank you.

Mr. Krull, would you state your name and age, please.

THE DEFENDANT: Matthias Krull, 44 years.

THE COURT: Thank you.

We are here today for a preliminary hearing or arraignment.

Mr. Maderal, are your witnesses ready?

MR. MADERAL: No, they're not, your Honor, but I do have a waiver.

THE COURT: This is your opportunity, Mr. Rodriguez.

MR. RODRIGUEZ: I know, ma'am, but we're ready, Judge. No. Judge, we have an agreement to waive preliminary hearing. If I may hand it to you.

THE COURT: Yes.

MR. MADERAL: I actually do have an agent here just in case.

THE COURT: OK. We will put you to the end of the calendar.

Let me advise you, Mr. Krull, you are here today because you have been charged by way of complaint with conspiracy to commit money laundering in interstate and foreign travel in aid of a racketeering enterprise.

You are entitled to be either charged by a grand jury by way of an indictment within 14 days of your initial appearance, which is today, or else require the government to go forward with a preliminary hearing to establish probable cause to believe that you committed the crimes that you are charged with.

At that hearing you would be entitled to court-appointed counsel if you could not afford to retain counsel.

The government would be required to call witnesses to establish their burden to show probable cause. Your attorney would be entitled to cross-examine that witness or witnesses.

Hearsay is admissible because the Rules of Evidence don't apply to preliminary hearings.

In addition, your attorney could present any evidence on your own behalf.

In the alternative, you can waive your right to a preliminary examination at this time and agree that the time will be extended up to a date certain.

In addition, you are entitled to be indicted within 30 days from the date of your initial appearance and if an indictment is not returned within that time, the charges against you would be dismissed. So you have a right under the Speedy Trial Act not only to a speedy trial but to a speedy indictment.

If the court finds good cause, however, for a continuance, the time period for that continuance will be excluded from that 30-day computation of time.

Have you discussed your waiver of those rights with your lawyer, Mr. Krull?

THE DEFENDANT: Yes, I have.

THE COURT: Let me just ask counsel, in order to support a finding that the interests of justice support the exclusion of this time since the interest of the defendant and the public in a speedy trial is outweighed by the interest in continuing the proceedings, can you give me just a brief statement of why that finding should be made?

MR. RODRIGUEZ: Your Honor, other than the fact that I can tell you that we have been in contact with the government --

THE COURT: I don't need details.

MR. RODRIGUEZ: I mean, he is aware of what we are doing. We are in the process. At this time based on my recommendation and on what we have reviewed, this is the best

possible way to travel for my client and in his best interest.

THE COURT: Is it fair to say, Mr. Maderal, that the government and the defendant are in the process of discussing the appropriate charges, if any, to be brought?

MR. MADERAL: Yes, your Honor.

THE COURT: OK. So I will find that the time is excludable in the interest of justice as I have stated.

I will accept his waiver of a preliminary examination.

I note that you have asked until October 8th. Is that correct, Mr. Rodriguez?

MR. RODRIGUEZ: That is correct, your Honor.

THE COURT: Mr. Maderal.

MR. MADERAL: Yes, your Honor.

THE COURT: Based upon the complexity of the charges that potentially may be the subject of an indictment, I will find good cause to extend both deadlines and I will reset this for a preliminary hearing or arraignment for October, the 8th, and that will be at 10 a.m. before the duty magistrate judge that day, which actually will be me.

MR. RODRIGUEZ: What an honor, your Honor, to be back before you.

THE COURT: That is why I was looking because I had a feeling that was my next duty week, unless it changes, which sometimes they do.

Is there anything further with respect to Mr. Krull?

I do note that he does have a stipulated bond set at the present time, and of course that was set without prejudice to come back to court if it is appropriate to do so.

MR. RODRIGUEZ: Yes, your Honor. At this time everything remains the same. Hopefully we don't need the 60 days, but if we do, we will use them.

THE COURT: OK.

MR. RODRIGUEZ: Hopefully we are working towards --

THE COURT: OK. Some final resolution, whatever it might be.

MR. RODRIGUEZ: Yes, your Honor.

THE COURT: Or at least of the issue regarding indictment.

MR. RODRIGUEZ: Yes, your Honor.

THE COURT: Thank you.

MR. MADERAL: Your Honor, nothing further from the government.

THE COURT: OK. Thank you.

MR. RODRIGUEZ: Good day, your Honor.

THE COURT: Thank you.

MR. RODRIGUEZ: Pleasure to see you.

THE COURT: Good to see you.

(Adjourned)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription to the best of my ability of the digital audio recording in the above-entitled matter.

October 18, 2018

s/ Joanne Mancari
Joanne Mancari, RPR, CRR, CSR
Court Reporter
jemancari@gmail.com