**Matthias Krull Letters of Support**

Monika Streiter, mother of Matthias Krull

Hanns-Henning Krull, father of Matthias Krull

Jochen Streiter, stepfather of Matthias Krull

Siblings of Matthias Krull: Julia Krull, Nicolas Bivero, Benjamin Streiter, Jonas J. Krull and Joshua J. Krull

Rastko Djordjevic, brother-in-law

René Portenier, Former Principal International Swiss School Mexico City

Dr. Winfried Hammacher, German lawyer and film producer

Monsignor Georg Aigner

Reverend Georg Friedrich Metzger

Monika Streiter, mother of Matthias Krull
Obere Lichtenplatzer Str. 244
D-42287 Wuppertal
Germany
Tel. 0049 202 254 26 39
jstreiter@t-online.de

October 19th, 2018

The Honorable Judge Cecilia M. Altonage
United States District Court for the Southern District of Florida
Wilkie D. Fergusom, Jr. United States Courthouse
400 North Miami Avenue, Room 12-2
Miami, FL 33129
USA

Your honour,

I feel heartbroken and can only hope, that I just for a short moment can make you see my son as I see and know him.

My name is Monika Streiter, I am 70 years old, and I am the mother of Matthias Krull. When he was 6 years old, my former husband and father of Matthias and I went with our children to Caracas, Venezuela. My husband had been offered to work there as protestant pastor for the German lutheran community. Matthias adopted quickly to the situation, but at the age of twelve he had to come to terms with the first serious breach in his life, when my husband and I seperated. He and his sister Julia grew up with me and my new husband, Jochen Streiter, a reverend himself, with whom we lived in the ecumenical-social centre „Acción Ecuménica" at the border of the poverty-stricken quarter of La Pastora.

1986 there was the second serious breach in his life, when diabetes was diagnosed and for the next years we had to fight hard to overcome the hardships this illness imposed on his life. I am still proud of him how he took over responsibility to progressively lead a normal life becoming for an active and outgoing teenager like him but conscious of his health situation.

I am also relieved that my first husband and I managed to keep close contact to make the situation as easy as possible for our children. We were both remarried, both had further children of our own, so that one can say Matthias grew up in a large patchwork family with intense continuous contact caring for each other regardless of origin.

And it was here that it was Matthias as the oldest one took over responsibility to keep the family united, first address when help and understanding was needed by his brothers and sister always having good and responsible advice for them.

This didn't stop at all when my husband, my youngest son Benjamin and I returned to Germany in 1994. The whole family now was literally spread all around the world, but it was Matthias who tried to keep us united. In spite of the great distance my son visited us regularly when he was in Europe. Coming home was important for him in his then quite hectic life.

After his marriage with Tatiana Seara where from the beginning he was a loving husband and caring father for his now three little children. It was him who made it possible to keep close contact and meet as often as possible more than once a year in spite of the great distance for family celebrations, holidays, Christmas. Thus a warm contact could develop between grandparents and grandchildren. This way it was possible, too, to unobtrusively introduce his children to their German background, its culture and language.

Your honour, this is my son, too, and I am grateful, you took a moments notice. And I know he will now in the hardest situation of his whole life take responsibility for what he has done as he took responsibility for himself and his family all his life. That makes me proud of him. I am praying to God I will see him again in my lifetime.

Sincerely,

Monika Streiter

The Honorable Judge Cecilia M. Altonaga
United States District
Court of the Southern District of Florida
Miami, Florida 33129

Oct 18th, 2018

Dear Judge Altonaga,

I'm the father of Matthias Krull. I am a pastor in retirement. I like to retrospect into 45 years of mutual care.

Born on October 10th 1973 in Germany, the first years of course relate to Matthias childhood and youth. In 1980 I was sent by the Lutheran German Church (EKD) to work as a pastor for the German church in Venezuela for six years. For Matthias it meant to start with elementary school in the German School in Caracas.
After finishing my assignment I returned to Germany for six years, while Matthias and his younger sister Julia stayed in Caracas with their mother; my wife Monika and I separated, our marriage was divorced and she married again, also a pastor.
We both decided that our children should stay with their mother; their parents divorce shouldn't burden the children more by moving away from school, friends and their used environment.

I married again in Germany. In that time, we always kept in touch via letters and phone and used the school holidays for extended visits.

Matthias got two new siblings through the second marriages of his parents; all the siblings got along perfectly from the beginning up to this day.
In 1993 I got a new assignment, going to Mexico as a pastor for the German Lutheran Community. So I moved to Mexico-City with my current wife Angelika and our two little children. In 1994 Matthias came to us to Mexico, to finish his last high-school year, due to his mother and step-dad moving back to Germany for a new assignment in the church.
Matthias graduated the Swiss School in Mexico in 1995 with a good degree. Then he started his studies in economy in Switzerland, which he successfully graduated in

experiences a close family life. Both have promised to each other at the altar, "to stand at each other's side and to take care for one another in good and in bad times, in health and in disease". That was and is still important to them and that's what they live for.

Matthias has committed a big mistake. For that he will take responsibility, but I know: such a mistake does not suit him and I am sure that this is a one-time misconduct that he very much regrets and that will certainly not be repeated again.

I thank you for your time in reading those lines.

Sincerely,

Hanns-Henning Krull

Hanns-Henning Krull
Father of Matthias Krull

Rev. Jochen Streiter
Obere Lichtenplatzer Str. 244
D-42287 Wuppertal
Germany
Tel. 0049 202 254 26 39
jstreiter@t-online.de

October 19th, 2018

The Honorable Judge Cecilia M. Altonage
United States District Court for the Southern District of Florida
Wilkie D. Fergusom, Jr. United States Courthouse
400 North Miami Avenue, Room 12-2
Miami, FL 33129
USA

Your honour,

with this letter I would like to help furthering the understanding of the personality of my stepson Matthias Krull, with whom and his sister Julia my wife Monika and I formed a family since 1986 and who became dear to me as if he was my own son. This was rather strengthened after the birth of our son Benjamin in 1989, of whom Matthias took loving care right from the beginning.

We lived together in Caracas, Venezuela, where I was in charge of and directed in my pastoral ministry the social-ecumenical centre „Acción Ecuménica“. It is situated in a rather problematic area of Caracas, La Pastora, of about 200,000 mostly destitute inhabitants. The centre itself offers a large variety of medical treatments, rooms for social work and an ecumenical theological library. We ourselves inhabited a small flat within the centre.

Matthias identified himself with the aims of „Acción Ecuménica“, which he supported in many practical ways. From the beginning Matthias developed in particular a very cordial relationship to the native staff of the centre, and to the families in the neighbourhood, becoming friends with the youngsters of his age at that time, friendships some of which hold to this very day.

My support of „Acción Ecuménica“ continued after the return of our family to Germany where I had been offered a position as reverend in the city of Wuppertal, Rhineland. Matthias himself returned to Caracas, Venezuela, after finishing his studies in Switzerland. Whereas I am coordinating the German ecclesiastical support for the projects of „Acción Ecuménica“, Matthias organized the efficient local coordination of the transactions, invaluable help under very unstable circumstations.

For several years, Matthias became member of the Board of Trusties of „Acción Ecuménica“ and contributed with his advice, especially in financial issues, to the tasks oft he organisation. The result is that „Accion Ecumenica“ is still active today doing its humane work.

I hope I could contribute to a fair understanding of Matthias Krull as we know and love him.

Sincerely,

Jochen Streiter

**Joshua J. Krull**
**Philipp-Puth-Str. 6**
**60388 Frankfurt am Main**
**Germany**

Joshua J. Krull | Philipp-Puth-Str. 6 | 60388 Frankfurt am Main | Germany

**The Honorable Cecilia M. Altonaga**
**United States District Court for the**
**Southern Disctrict of Florida**
**Wilkie D. Ferguson, Jr. United States Courthouse**
**400 North Miami Avenue**
**Room 12-2**
**Miami, Florida 33129**

October 22nd, 2018

## CHARACTER REFERENCE FOR MATTHIAS KRULL

Dear Judge Altonaga,

we are Julia, Nicolas, Benjamin, Jonas and Joshua, the siblings of Matthias Krull.
We are aware he plead guilty to criminal charges on August 22th and currently awaits sentencing. While we are all very close to our brother and as such might not appear as unbiased as non-family members, it is our sincere hope that by writing this letter and offering our impressions of Matthias, we might contribute to give you an understanding of his character as a person.

Growing up with Matthias as our oldest brother was the best that could happen to us. He has been a caring brother and was always there for all of us. Whenever one of us was in need of help, he offered his support without any hesitation. By way of example, in 2006 when our Sister's husband Rastko had a serious accident on the island of Tobago and needed urgent medical care, he immediately organized his repatriation, ensuring he received the necessary medical treatment. Matthias has also always been a very compassionate person, devoted to helping the people around him. While he lived in Venezuela and even after relocating from Venezuela to Panama, whenever he went on business trips to Venezuela, he always made sure to bring as many basic supplies as possible to his former employees and their families, knowing that not everybody was as fortunate as him. In addition, he and his wife arranged collections within the expat community of Panama to arrange for basic supplies to be send to Venezuelan support organizations, for example supplies donated to the German church in Caracas, so as to distribute them to the people in need.

He has unconditional love for his family, always putting them first. When our parents retired in 2010 he was so kind to finance the house in which our parents are currently living in Spain with the aim of allowing them to enjoy their retirement after dedicating 40 years as a Minister of the German Lutheran Church. The same unconditional support of his family and friends has been a character trade of Matthias throughout his life, for example by supporting the medical treatment of a little Venezuelan boy of friends when he was not able to get the necessary treatment in Venezuela.
On a more personal level, Matthias ensured that our family, while living across the globe, would come together on regular basis by organizing special family events and thereby strengthening the bond between all of us. One of those events, for example, was the baptism of his second son, Kristopher, in 2014. To celebrate this special occasion he invited all family members to come to Spain.
Even when Matthias has been on demanding business trips, he always left everything immediately to attend such family matters, as there is nothing more important to him.

Like the time, when both our grandmothers passed away, Matthias didn't hesitate a second to fly across the globe to be with our family in those sad times.

He has been always supportive and caring to his friends and family and we strongly believe he will be the same after completing his sentence. As a person, Matthias is known as a very likeable person with a great sense of humor. He makes people around him laugh and loves to laugh with others. He is a father of three wonderful children and a loving husband.
You can sense the love and care he has for his family.

Most importantly, we have come to know Matthias as a person who truly learns from his mistakes and we know that this is a key and integral part of his character. We believe that pleading guilty is the first step to accept responsibility and, the way we know him, we are confident that he will learn from this experience and, given the opportunity, he will completely rehabilitate and reintegrate to be a caring father, husband and brother and become a productive member of society.

We love our brother and wish him the best possible outcome of this situation he is facing right now.

We thank you for your time in reading this letter in which we speak from our heart.

Sincerely,

Julia Krull, Nicolas Bivero, Benjamin Streiter, Jonas J. Krull and Joshua J. Krull

Rastko Djordjevic
Olgastrasse 15
80636 Munich
Germany

The Honorable Judge Cecilia Maria Altonaga
United States District Court for the Southern Disctrict of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue – Room 12-2
Miami, Florida 33129

October 16th, 2018

**CHARACTER REFERENCE FOR MATTHIAS KRULL**

To the Honorable Judge Cécilia Maria Altonaga,

I am aware of Matthias Krull's legal process and am writing to you to provide you with a reference on Matthias's character, as I have gotten to know him over the past 13 years.

Matthias is my brother in law and I have gotten to know him as an open, truly caring, just and fair person. He is very respectful of all people regardless of their age, race or social status and is very engaged within the communities he is living with. When you get to know him, you can feel his warm character, his open heart and see how many noble values he has absorbed from his family. His father being a priest and having growing up in a large family where, as the oldest one, he has taken the role to protect, support and mentor his younger siblings.

He is very supportive of his family and demonstrates his care and affection in every occasion he has when they are together. Matthias has a beautiful family himself with a loving wife, 2 well raised boys, Lukas and Kristopher and a recently born daughter, Khloe. As a father Matthias is a true role model, not only showing love, devotion and care to his children, he is also ensuing that they are brought up with the right values, well educated, respecting the others and engaging in social and sports activities.

He is also a serious, respected and responsible person, one you can trust and always rely on. Due to his many noble characteristics and our close relation, we have asked Matthias to be the godfather to our daughter Mia. My wife and me always said, if something was going to happen to us, we would go with peace at our hearts, knowing that she would be growing up in a family with love, care and the right values we would like to give our daughter for her life.

Honorable Judge Altonaga, I hope that within your judgment you will also be able to see Matthias as a person, as he really is, a family man, good member of the community and a truly genuine and good person at his heart.

I am very grateful for taking the time to reading this letter and am available for any further questions you may have.

Kind Regards,

Rastko Djordjevic

**Wilkie D. Ferguson, Jr.**
**United States Courthouse**
**400 North Miami Avenue**
**Room 12-2**
**Miami, Florida 33128**

**The Honorable Cecilia M. Altonaga**
**United States District**
**Court for the Southern District of Florida**

My name is René Portenier, principal of the International Swiss School of Mexico City (Colegio Suizo de México) from 1994 to 2000. I get acquainted with Mr. Matthias Krull for the first time in 1994 when his parents enroled him at the International Swiss School of Mexico City where I was the principal at that time. 1994/95 was Matthias' last school year because in summer 1995 he finished high school there and moved over to Switzerland for his university studies which he started at the university of St.Gallen and finished at the university of Basle (both in Switzerland).

I have very good memories of Matthias Krulls and his parents. Matthias Krull was a good student with a perfect and immaculate character. As a newcomer in his class he was well accepted, helped his fellow students where ever he could, because his German was perfect since it was his mother tongue and German was the main language at school. He was open minded and always friendly, greeted when ever he met somebody he knew. The good education he received from home was palpable.

His parents became even friends of us (my wife and me). Matthias Krull's father was the priest oft he German community of Mexico City at that time, social minded and very friendly. So was his wife respectively Matthias stepmother. Sharing a moment with them, an evening or so, was always peaceful.

This ambiance of peacefulness, social mindness and openness has been transmitted to Matthias Krull, reason why I appreciated him very much as a student of our school.

With my best regards

René Portenier,
Principal International Swiss School Mexico City, 1994 – 2000
Binz (canton of Zürich), Switzerland, 15 October 2018

**DR. WINFRIED HAMMACHER**
RECHTSANWALT

Berlin, 10/17/2018

The Honorable
Cecilia Maria Altonaga
United States District Court for the Southern District of Florida

c/o
Oscar Rodriguez
Attorney at Law
4500 S Le Jeune Road
Coral Gables FL 33146
USA

**Re: Matthias Krull**

Dear Judge Altonaga,

My name is Dr. Winfried Hammacher. I am writing to you referring to the sentencing of Matthias Krull.

I am a German lawyer and film producer. I am a member of the Atlantic Bridge, the leading private non-profit association to promote German-American understanding. As I have studied American law I think that I have an understanding of the American judicial system.

I met Matthias Krull for the first time as a schoolmate of my daughter in Caracas in the mid-eighties when I was living there working for a German company; I met him again in 2006 when I was frequently in Caracas in connection with a film production. Matthias Krull's younger brother has worked for me for two years as an assistant and I know Mr. Krull's family.

As a German lawyer I read the indictment and the guilty plea of Mr. Krull. I take from the documents that he has pleaded guilty to serious crimes.

LUDWIGKIRCHPLATZ 2
10719 BERLIN
TEL.-NR 49-30-80498 497 0
FAX-NR 49-30-80498 497 10
E-MAIL: WINFRIED.HAMMACHER@DR-HAMMACHER.DE

# DR. WINFRIED HAMMACHER

RECHTSANWALT

As you will have to sentence Mr. Krull I am writing to you in order to ask you for a merciful sentence. Knowing Mr. Krull and his family for years I am convinced that he has a good character. By working as a banker with Venezuelan clients in a very complicated situation he breached the US-law but I think that he did not do that out of personal greed or other bad motives.

I have met Mr. Krull as a responsible business man, a loving husband and father and a good friend.

As far as I know apart from this case he has never breached the law in your or in any other country, I hope and think that he has fully cooperated with the US law enforcement and has helped to bring the corrupt individuals named in the indictment to justice. I think that Mr. Krull will never ever breach the law again.

I ask you for a just and merciful sentence for Mr. Krull that keeps a way open for him to have a meaningful life in the future.

Hammacher

(Dr. Winfried Hammacher)
Rechtsanwalt

LUDWIGKIRCHPLATZ 2
10719 BERLIN
TEL.-NR 49-30-80498 497 0
FAX-NR 49-30-80498 497 10
E-MAIL: WINFRIED.HAMMACHER@DR-HAMMACHER.DE

Mons. Georg Aigner
Col. Del Valle, México D.F.

The Honorable Judge Cecilia M. Altonaga
United States District
Court of the Southern District of Florida
Miami, Florida 33129

10-18-2018

Ref. Matthias Krull

My name is Georg Aigner, catholic monsignor.
During 35 years I was in charge as pastor of the Catholic German-Mexican parish of St.-Thomas More in Mexico-City. I started having contact with Hanns Henning Krull, Pastor of the German Lutheran community in Mexico. We had very intensive ecumenical encounters between the two German communities and us. Over the years we formed a very deep friendship, till now.

So I began knowing Pastor Krull's wife Angelika and his children, between them Matthias. I observed his behaving in the church and after that in the social event. He always had a very accepting attention with everybody.

So he knew that I had worked 7 years in Brazil, before being a priest, as a principal of a Brazilian school of 3000 children. So we started talking about culture, economy, politics, the situation of the Indians in the Woods of the Amazonas River etc.

I always liked to meet and talk with this kind, interested and open minded young man.

With the best wishes for him in the future,

Georg Aigner

Mons. Georg Aigner

**The Honorable Cecilia M. Altonaga**
**United States District**
**Court of the Southern District of Florida**

My name is Georg Friedrich Metzger, Reverend of the United Christian Church of Baden („Evangelische Landeskirche in Baden") in Germany. I have known Matthias Krull since 1986 when I came to Caracas/Venezuela to serve in the German speaking parish of „San Miguel/Caracas" in the name of the EKD (Evangelical Church in Germany) until 1994. I was the successor of his father, who was responsible for this parish before.
When his father went back to Germany, Matthias stayed in Caracas with his mother and his sister, because his parents had separated.
While living in Venezuela I had a very close relationship to them and he frequently visited our home.

Apart from the personal relationship I had with him and his family I was also one of his teachers at Humboldt School and his Reverend at confirmation class.
Due to this, I was able to view first hand his personal development over the years and I appreciated him for his open and honest persona and his humor.
At school and in confirmation class his classmates looked up to him and respected him because of his strong social skills. When he had a feeling that someone was not treated correctly, he tried to help solve the situation.

The divorce of his parents hit him hard. Nevertheless, I was impressed with how much inner strength and responsibility he tried to master the family's difficult situation, which was at times not easy for him.

His mother remarried in Venezuela, again a Reverend, who was very active with charity work in Caracas' slum areas where he built and lead a community center. This again strengthened Matthias feeling of social responsibilities towards others, especially towards people who were poor and not as privileged. During class I could see, that he was also actively talking to his classmates about the importance to support this issue.

Looking back, I can say, that I was always pleased and happy to see Matthias turning into a reliable and responsible young man in our society. This impression was also always confirmed when I met him later in life.

I value him as responsible member of a befriended family and as a person.

With my best regards

Georg Friedrich Metzger

79341 Kenzingen, Germany, October 17, 2018